USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNHARD KUHMSTEDT,

        Plaintiff,                 **ORDER**

    -v-                                             22-CV-2272 (LAK) (JLC)
MUBI, INC., *et al.*

        Defendants.
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      As discussed during today's conference, the parties shall exchange informal discovery between now and **May 13, 2022** in advance of a settlement conference with the undersigned scheduled for June 6, 2022. The Court will issue a separate order regarding the settlement conference.

      In the event that the settlement conference is unsuccessful, the Court will set a schedule for discovery at the end of the conference.

      **SO ORDERED.**

Dated: April 11, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge