UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
Bernhard Kuhmstedt,

                Plaintiff,                22-cv-2272 (LAK)(JLC)

v.

Mubi, Inc., et al.,

                Defendants.
------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/22

**ORDER**

        Plaintiff's counsel submitted a letter informing Magistrate Judge Cott that the parties have reached a settlement in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before July 1, 2022, if the settlement has not been consummated by then.

        SO ORDERED.

Dated:        June 1, 2022

                                                                   Lewis A. Kaplan
                                                      United States District Judge